# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATIAS MORAN ALCARAZ, | ) | NO. CV 10-3172 R (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LINDA SANDERS, Warden, et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 23, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE